

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00410-CR

| | | |
|---|---|---|
| Allen Keith Anderson Sr. | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1190510D) |
| v. | § | March 26, 2015 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
       Justice Anne Gardner